IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| **In the Matter of the Criminal Complaint for:**<br><br>Shea Anthony ROSEBORO Jr | Docket No. 3:23-mj-71<br><br>*UNDER SEAL* |

## ORDER SEALING COMPLAINT, AFFIDAVIT, ARREST WARRANT, AND OTHER DOCUMENTS

UPON MOTION of the United States of America for an order directing that the Complaint, Affidavit, Warrant, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Complaint, Affidavit, Warrant, the Motion to Seal, and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to Lambert.Guinn@usdoj.gov).

SO ORDERED this 20th day of March 2023.

Signed: March 20, 2023

_____
David S. Cayer
United States Magistrate Judge